CHARLES MASHOLIE et al., complainants,

*v.*

RIVER EDGE ESTATES, INC., et al., defendants.

[Decided January 4th, 1945.]

*Mr. William N. Gurtman,* for the complainants.

*Messrs. Gross & Blumberg,* for the defendants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan and reported at *135 N. J. Eq. 193.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.